ADAM PAUL LAXALT
  Attorney General
Frank A. Toddre II (Bar. No. 11474)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
(702) 486-3149 (phone)
(702) 486-3773 (fax)
ftoddre@ag.nv.gov

Attorneys for Defendants
E.K. McDaniel and Brian Williams Sr.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENWON MONTGOMERY<br><br>     Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, INTERIM DIRECTOR E.K. MCDANIEL, individually and in his official capacity; SOUTHERN DESERT CORRECTIONAL CENTER, WARDEN BRIAN WILLIAMS, individually and in his official capacity; CORRECTIONS OFFICER TRAINEE CARESSE PIERRE, individually and in her official capacity; DOES I-X, inclusive; and ROES I-X inclusive,<br><br>     Defendants. | CASE NO. 2:16-cv-00290-APG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Kenwon Montgomery, appearing by and through counsel, Alexis Plunkett, Esq., and Defendants E.K. McDaniel, Brian Williams, Nevada Department of Corrections, and Southern Desert Correctional Center, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, Frank A. Toddre II, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41 (a)(2), that the above-captioned action should be dismissed with prejudice by order of this Court.

///

///

This Stipulation for Dismissal with Prejudice is executed as part of a settlement between the parties. That in addition to this Stipulation, Plaintiff will submit a Notice of Voluntary Dismissal as to Defendant Caresse Pierre. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs.

DATED this 1st day of December, 2016

DATED this 1st day of December, 2016

LAW OFFICE OF ALEXIS PLUNKETT

ADAM PAUL LAXALT
Nevada Attorney General

By: /s/ Alexis Plunkett
Alexis A. Plunkett, Esq.
Nevada Bar No. 11245
2657 Windmill Parkway #613
Henderson, Nevada 89074
Attorney for Plaintiff
Kenwon Montgomery

By: /s/ Frank A. Toddre II
Frank A. Toddre II, Esq.
Nevada Bar No. 11474
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Attorneys for Defendants
E.K. McDaniel and Brian Williams

## ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED this  2nd  day of  December , 2016.

_____
UNITED STATES DISTRICT JUDGE